JS-6 / **ENTERED**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGARITA MOSQUEDA, | ) | Case No. CV 11-8462 JPR |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration, | ) | |
| Defendant. | ) | |

For the reasons set forth in the accompanying Memorandum
Opinion and Order, it is hereby ADJUDGED AND DECREED THAT (1)
Plaintiff's request for an order remanding the case for further
proceedings is GRANTED; (2) the Commissioner's request for an
order affirming the Commissioner's final decision and dismissing
the action is DENIED; and (3) judgment is hereby entered in
Plaintiff's favor.

DATED:  August 3, 2012

JEAN P. ROSENBLUTH
U.S. Magistrate Judge