1 | Brian C. Shapiro
Attorney at Law: 192789
2 | Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 | Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 | Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Margarita Mosqueda

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA MOSQUEDA, | Case No.: CV11-08462-JPR |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3400 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: September 19, 2012

_____
HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

-1-